#10-034   EEM/rjr

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS- EASTERN DIVISION

| | |
|---|---|
| INDELIZA ORTEGA, INDIVIDUALLY & AS MOTHER OF ADRIAN ORTEGA, a MINOR | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| -vs- | ) No. |
| | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | )<br>) |

### COMPLAINT AT LAW

NOW COMES the Plaintiff, INDELIZA ORTEGA, INDIVIDUALLY & AS MOTHER AND NEXT FRIEND OF ADRIAN ORTEGA, a minor, by and through his attorneys, RUBIN, MACHADO & ROSENBLUM, LTD. and complaining of the Defendant, THE UNITED STATES OF AMERICA alleges as follows:

1. This action is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2680 *et. seq.*, over which exclusive jurisdiction is vested in the federal courts based on 28 U.S.C. § 1346(b).

2. At all relevant times herein, specifically, on or before November 19, 2012, the Plaintiff, INDELIZA ORTEGA, INDIVIDUALLY & AS MOTHER AND NEXT FRIEND OF ADRIAN ORTEGA, a minor, was a patient of CHICAGO FAMILY HEALTH CENTER.

3. At all times relevant herein CHICAGO FAMILY HEALTH CENTER was a Federally Qualified Health Center (FQHC) and was providing medical care and services in City of Chicago, State of Illinois.

4. At all times relevant herein, the Defendant, THE UNITED STATES OF

AMERICA, through CHICAGO FAMILY HEALTH CENTER (FQHC) was a clinic and/or health care center providing medical care, prenatal, obstetric and nursing services in the City of Chicago, State of Illinois.

5. At all times relevant herein, the Defendant, THE UNITED STATES OF AMERICA, through CHICAGO FAMILY HEALTH CENTER (FHC), was to provide professional medical, prenatal, obstetric and nursing care and treatment to the Plaintiff, INDELIZA ORTEGA, INDIVIDUALLY & AS MOTHER AND NEXT FRIEND OF ADRIAN ORTEGA, a minor, including maintenance, personal care and medical care.

6. At all relevant times herein, the Defendant, THE UNITED STATES OF AMERICA, through CHICAGO FAMILY HEALTH CENTER (FHC), employed Marjorie G. Michel, M.D. and Jacqueline Y. Gervais M.D., persons who held themselves out as a duly licensed physicians and surgeons in the State of Illinois and specialists in obstetrics and gynecology.

7. At all times relevant herein, the Defendant, THE UNITED STATES OF AMERICA, through CHICAGO FAMILY HEALTH CENTER (FHC), employed physicians, midwives, technicians and nurses trained to provide prenatal, maternal and health care to women delivering children.

8. At all times relevant herein, it was the duty of Defendant, THE UNITED STATES OF AMERICA, through CHICAGO FAMILY HEALTH CENTER (FHC), by and through their agents, servants and/or employees to exercise reasonable care in providing medical, nursing and care and treatment to the Plaintiff, INDELIZA ORTEGA, INDIVIDUALLY & AS SPECIAL ADMINISTRATOR OF THE ESTATE OF ADRIAN ORTEGA.

9. The Defendant, THE UNITED STATES OF AMERICA, through CHICAGO FAMILY HEALTH CENTER (FHC), by and through its agents, apparent agents, servants, and/or employees, including its physicians breached its aforesaid duty to the Plaintiff in one or more of the following ways:

- (a) Failing to properly diagnose the plaintiff's condition;

- (b) Failing to order and act order appropriate fetal surveillance;

- (c) Failing to act up on evidence of fundal height- gestational age discrepancies in the prenatal period;

- (d) Failing to appropriately consider the high risk of fetal macrosomia and consult with INDELIZA ORTEGA regarding planned cesarean delivery;

- (e) Failing to provide appropriate informed consent regarding the risks of macrosomia, shoulder dystocia and failure to progress which can be eliminated with planned cesarean delivery;

- (f) Failing to perform a cesarean delivery during labor in light of signs of fetal distress, including late decelerations, loss of fetal heart variability and failure to progress

- (g) Failing to intervene and manage the labor so as to avoid shoulder dystocia;

- (h) Failing to anticipate a macrosomic infant during the labor;

- (g) Otherwise breached the applicable standards of care the management of the pregnancy and labor of the Plaintiff;

10. As a direct and proximate result of one or more of the aforementioned breaches of the applicable standard of care by Defendant, THE UNITED STATES OF AMERICA, through CHICAGO FAMILY HEALTH CENTER (FHC), by and through its employees, agents, apparent agents and/or servants, the Plaintiff, INDELIZA ORTEGA, INDIVIDUALLY & AS MOTHER AND NEXT FRIEND OF ADRIAN ORTEGA, was severely and permanently injured in that he suffered brain damage, shoulder dystocia, sever hypoxic ischemic

encephalopathy with resulting permanent developmental delays and neurologic injuries; that the aforesaid acts did directly and proximately cause or contribute to cause the brain injury to ADRIAN ORTEGA; that the Plaintiff ADRIAN ORTEGA, a minor did sustain great suffering and pain disability and disfigurement and loss of a normal life as a result of said injuries. The Minor Plaintiff will also suffer lost income and compensation throughout his life time due to the injuries suffered and that his mother INDELIZA ORTEGA did become liable for medical expenses and other losses incurred on behalf of the minor Plaintiff ADRRIAN ORTEGA, including but not limited to hospital, medical, nursing, physical therapy, occupational therapy, medication, and other expenses associated with the care of the minor.

11. Pursuant to 735 ILCS 5/2-622(a) of the Illinois Code of Civil Procedure, Plaintiff attaches the Affidavit of Emilio E. Machado, which by reference is made a part hereof.

WHEREFORE, Plaintiff, INDELIZA ORTEGA, AS MOTHER AND NEXT FRIEND OF ADRIAN ORTEGA, a minor, demands judgment against the Defendant, THE UNITED STATES OF AMERICA, in a sum in excess of SEVENTY-FIVE THOUSAND AND 00/100 DOLLARS ($75,000.00) and costs of suit.

Respectfully submitted,

   /s/ Richard J. Rosenblum  
By: Richard J. Rosenblum  
ARDC No. 6196970  
RUBIN, MACHADO & ROSENBLUM, LTD.  
Attorneys for Plaintiff  
PATRICIA DELGADO  
225 W. Washington St., Suite 1600  
Chicago, Illinois 60606  
(312) 327-1840